

# Fourth Court of Appeals
## San Antonio, Texas

March 4, 2015

No. 04-14-00556-CV

**IN THE INTEREST OF C.L.W., S.S.W., AND L.M.W.**, Children,

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2010-CI-15199
Honorable Richard Price, Judge Presiding

## O R D E R

The parties' joint unopposed motion to allow additional time for mediation is granted. We order the appellate deadlines are suspended until April 15, 2015, and order that either a motion to dispose of the appeal or appellee's brief is due that date.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of March, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court